





140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com
White Plains, NY
Atlantic City, NJ

Application **GRANTED.** Ms. Mincak may appear via telephone during the status conference on October 18, 2024. Counsel shall email Ms. Mincak's contact information to chambers so that the Court may call her from the courtroom.

The Clerk of Court is respectfully requested to close ECF No. 86.

**SO ORDERED.**

Dale E. Ho
U.S. District Judge
Dated: October 16, 2024
New York, New York

October 16, 2024

**Via Electronic Case Filing**
Honorable Dale E. Ho
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: *United States v. Angarola, et al.* Case No. 1:24-cr-00023-DEH-5**

Dear Judge Ho:

We represent the defendant Lisa Mincak in the above-referenced case. We write to respectfully request permission for Ms. Mincak to appear by phone at the next status conference, scheduled for October 18. Ms. Mincak lives in Texas with her family, including her two children. We would appear at the conference in person on her behalf, and Ms. Mincak by phone, with the Court's permission, to avoid the cost and time of her lengthy travel.

We thank the Court for its consideration.

Respectfully submitted,

By: ____________________
Benjamin Allee
Yankwitt LLP
*Counsel for Lisa Mincak*

Cc: All counsel (by CM/ECF)