UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>LISA MINCAK,<br>                          Defendant. | 24-CR-23-5 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **June 11, 2025, at 3:00 p.m. via Microsoft Teams video conference**. The parties will be provided a link prior to the hearing. The public and press can join telephonically by dialing (646)453-4445 and entering the conference ID: 796 066 431#.

SO ORDERED.

Dated: June 4, 2025
          New York, New York

                                                                    _____
                                                                              DALE E. HO
                                                                    United States District Judge