UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　v.<br><br>LISA MINCAK,<br>　　　　　　　　　Defendant. | 24-CR-23-5 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　As stated on the record during the sentencing hearing held on September 10, 2025, Pretrial Services is directed to return to Defendant Lisa Mincak any passport belonging to her.

　　SO ORDERED.

Dated: October 16, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1